## LIBERTY MUT. INS. CO. v. DITILLO

No. 220A97

Case below: 125 N.C.App. 701

Petition by defendant (Donna T. Stilwell) for discretionary review pursuant to G.S. 7A-31 and Appellate Rules 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 5 June 1997. Petition by defendant (Paula C. Burgoon) for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 5 June 1997. Petition by plaintiffs (Liberty Mutual Insurance Company and State Farm Mutual Automobile Insurance Company) for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 5 June 1997.

## MARKHAM v. NATIONWIDE MUT. FIRE INS. CO.

No. 163P97

Case below: 125 N.C.App. 443

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

## MELVIN v. HOME FEDERAL SAVINGS & LOAN ASSN.

No. 195P97

Case below: 125 N.C.App. 660

Petition by defendant (Arthur Lane) for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

## MESSER v. TOWN OF CHAPEL HILL

No. 72A97

Case below: 125 N.C.App. 57

Petition by defendant (Town of Chapel Hill) to dismiss appeal allowed 5 June 1997.